# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAULINE HAYES, | Case No. CV 15-10006 SJO (AFM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| KIMBERLY HUGHES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: July 17, 2016.

*S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE